

AUSA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8060

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Luz Rosario RENDON Amaro | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about January 23, 2008, within the Southern District of California, defendant Luz Rosario RENDON Amaro did knowingly and intentionally import approximately 39.64 kilograms (87.20 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

BRANDON M. WOOD
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 24th, DAY OF JANUARY 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Luz Rosario RENDON Amaro

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent B. Wood.

On January 23, 2008 at approximately 1100 hours, Luz Rosario RENDON-Amaro entered the United States at the Calexico, California, West Port of Entry. RENDON was the driver and registered owner of a 2001 Mitsubishi Galant and was accompanied by her minor daughter.

The primary inspector, Customs and Border Protection Officer (CBPO) J. Chavez noticed that RENDON's hands were trembling and that she avoided eye contact when answering routine questions. RENDON and the vehicle were referred to the secondary lot for closer examination.

In the vehicle secondary lot, RENDON gave the secondary inspector a negative oral Customs declaration. A canine inspection of the vehicle was performed. The canine alerted to the vehicle and CBPO B. Brown discovered 38 packages inside the interior floor of the vehicle. The substance in the floor was probed and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 38 packages had a combined net weight of approximately 39.64 kilograms (87.20 pounds).

RENDON was placed under arrest and advised of her Constitutional Rights, which she acknowledged and waived, agreeing to answer questions. RENDON stated to Special Agent Wood that she was going to be paid $1,000.00 to smuggle marijuana into the United States.